IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| OWAIIAN M. JONES, | ) | Civil Action No. 7:15-cv-00583 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REGIONAL JAILS OF | ) | |
| VIRGINIA, <u>et al.</u>, | ) | By:   Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered: October 29, 2015

/s/ *Michael F. Urbanski*

Michael F. Urbanski
United States District Judge